MICHAEL P. DACQUISTO, ESQ.
State Bar Number 84894
1901 Court Street
Redding, California 96001
Telephone: (530) 244-6007
Fax: (530) 244-0907

Attorney for JOHN W. REGER
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re

JOE D. EITZEN and
BRENDA JOYCE EITZEN,

Debtors. /

Case No.: 04-21865-B-7

ORDER EXTENDING TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE OF DEBTOR AND EXTENDING TIME FOR FILING OF MOTIONS UNDER 11 U.S.C. § 707(b) AND ORDER THEREON

IT IS ORDERED AS FOLLOWS:

1  The Chapter 7 trustee shall have through and including August 31, 2004 to file a complaint objecting to the discharge of the debtor.

2.  The United States Trustee shall have through and including August 31, 2004 to file a complaint objecting to the discharge of the debtor.

3.  The United States Trustee shall have through and including August 31, 2004 to file any motions under 11 U.S.C. § 707(b).

Dated: 5/18/04

HONORABLE JANE DICKSON McKEAG
Judge of the U.S. Bankruptcy Court

FILED
MAY 18 2004
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

Page 1

RECEIVED
May 17, 2004
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0000014582

## PROOF OF SERVICE

I am a resident of and employed in the County of Shasta, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1901 Court Street, Redding, California 96001. On this date I served:

(Proposed) ORDER EXTENDING TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE OF DEBTORS AND EXTENDING TIME FOR FILING OF MOTIONS UNDER 11 U.S.C. § 707(b) AND ORDER THEREON

__X__  BY MAIL: I mailed a true copy thereof in a sealed envelope, with postage thereon fully prepaid, in the United States Mail at Redding, California addressed as set forth below.

Joe D. Eitzen
Brenda Joyce Eitzen
8320 Hwy 99 E
Los Molinos, CA 96055

Darryll Alvey, Esq.
1907 Park Marina Drive
Redding, CA 96001

John W. Reger
Chapter 7 Trustee
P.O. Box 933
Palo Cedro, CA 96073

U.S. Trustee's Office
501 "I" Street, Room 7-500
Sacramento, CA 95814

Estela Pino, Esq.
Pino & Associates
4600 Northgate Blvd., Ste. 215
Sacramento, CA 95834
(Special Notice)

Susan L. Vaage, Esq.
Michael Anthony Cisneros, Esq.
Graham Vaage & Cisneros
500 North Brand Blvd, Ste. 1030
Glendale, CA 91203
(Special Notice)

I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. It is deposited with the United States Postal Service at their facility in Redding, California, the same day in the ordinary course of business. I am aware that upon motion of a party served, service shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in the affidavit.

I hereby certify that the document(s) listed above was/were produced on paper purchased as recycled.

_____  STATE: I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

__X__  FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 17, 2004, at Redding, California.

/s/ Sherry A. Wymore
SHERRY A. WYMORE